EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

ELLIOT ENOKI  #1528
First Assistant U.S. Attorney

LOUIS A. BRACCO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  lou.bracco@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00200 HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | SUPERSEDING INDICTMENT |
| vs. | ) | |
| | ) | [21 U.S.C. §§ 846 & |
| JACK FRISBEE, (01) | ) | 841(a)(1) and (b)(1)(A)] |
| a/k/a "J-Man," | ) | |
| a/k/a "J-Dog," | ) | |
| ROY FRISBEE, (02) | ) | |
| DOUG FARIAS, (03) | ) | |
| a/k/a "Hollywood," | ) | |
| WILLIAM VILLA, (04) | ) | |
| ANTHONY VALENTIN, (05) | ) | |
| FERDINAND PASION, (06) | ) | |
| a/k/a "Fred Pasion," | ) | |
| SAMUEL PASION, (07) | ) | |
| a/k/a "Sam Pasion," | ) | |
| MANUEL CABRAL, (08) | ) | |
| a/k/a "Porky" | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

SEALED
BY ORDER OF THE COURT

I N D I C T M E N T

## COUNT 1

The Grand Jury charges that:

A.    General Allegations

From a time unknown but by January, 2002 and continuing

to at least April 11, 2003, in the District of Hawaii,

JACK FRISBEE, a/k/a "J-Man," a/k/a "J-Dog"

ROY FRISBEE

DOUG FARIAS, a/k/a "Hollywood"

WILLIAM VILLA

ANTHONY VALENTIN

FERDINAND PASION, a/k/a "Fred Pasion"

SAMUEL PASION, a/k/a "Sam Pasion" and

MANUEL CABRAL, a/k/a "Porky"

defendants herein, willfully conspired together with each other,

with Donald Morton, a/k/a "Nakoa," a/k/a "Fat Albert" (a

co-conspirator but not a defendant herein), and with other

persons known and unknown to the Grand Jury, to distribute and to

possess with intent to distribute in excess of 50 grams of

methamphetamine, it salts, isomers, and salts of its isomers (a

Schedule II controlled substance), in violation of Title 21,

United States Code, Sections 841(a)(1).

B.    <u>Manner and Means of the Conspiracy</u>

It was the objective of this conspiracy that pound quantities of methamphetamine would be obtained on the U.S. mainland on an ongoing basis, and transported to the State of Hawaii, to be distributed in Hawaii.  In furtherance and during the existence of this conspiracy, the persons named in this Indictment participated in the conspiracy, in Hawaii and elsewhere, as follows:

1.    JACK FRISBEE obtained pound quantities of methamphetamine from a drug "source" or "sources" on the U.S. mainland, and, caused such quantities of methamphetamine to be sent to Hawaii to be distributed in Hawaii.

2.    ROY FRISBEE received pound quantities of methamphetamine (in Hawaii) sent from the U.S. mainland, and, delivered such quantities of methamphetamine to other persons in Hawaii, including WILLIAM VILLA, DOUG FARIAS, and ANTHONY VALENTIN.  ROY FRISBEE also received monetary proceeds of drug trafficking activity.

3.    DOUG FARIAS received pound quantities of methamphetamine in Hawaii, and either personally delivered, or caused others (including WILLIAM VILLA and MANUEL "Porky" CABRAL), to deliver such methamphetamine to Hawaii drug "dealers" (including FERDINAND PASION and Donald Morton).  FARIAS also delivered monetary drug proceeds to ROY FRISBEE.

3

4.    WILLIAM VILLA acted as an intermediary. VILLA received pound quantities of methamphetamine in Hawaii, and, delivered such methamphetamine to other persons, including DOUG FARIAS.  VILLA also delivered monetary drug proceeds to ROY FRISBEE.

5.    ANTHONY VALENTIN received pound quantities of methamphetamine, delivered methamphetamine to other persons, and, sold methamphetamine.  VALENTIN also received monetary proceeds of drug trafficking activity and delivered such proceeds to another person.

6.    FERDINAND PASION acted as a drug "dealer." FERDINAND PASION received pound quantities of methamphetamine in Hawaii, and in turn, distributed ounce and multi-ounce quantities of methamphetamine to smaller Hawaii drug dealers.

7.    SAMUEL PASION received and distributed methamphetamine.  SAMUEL PASION also assisted FERDINAND PASION to obtain pound quantities of methamphetamine.

8.    MANUEL "Porky" CABRAL received and stored methamphetamine for DOUG FARIAS.  MANUEL CABRAL also delivered methamphetamine.

9.    Donald Morton acted as a drug "dealer." Morton received pound quantities of methamphetamine in Hawaii, and in turn, distributed ounce and multi-ounce quantities of methamphetamine to smaller Hawaii drug dealers.

4

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

<u>COUNT 2</u>

The Grand Jury further charges that:

On or about April 11, 2003, in the District of Hawaii, defendant

ROY FRISBEE

knowingly and intentionally possessed with intent to distribute in excess of 50 grams, to wit 1039.8 grams (approximately 2 and 1/2 pounds) of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

<u>COUNT 3</u>

The Grand Jury further charges:

On or about February 22, 2003, in the District of Hawaii,

DOUG FARIAS, a/k/a "Hollywood"

knowingly and intentionally possessed with intent to distribute in excess of 50 grams, to wit 445.4 grams (approximately 1 pound)

of methamphetamine, its salts, isomers and salts of its isomers,

a Schedule II controlled substance.

All in violation of Title 21, United States Code,

Sections 841(a)(1) and (b)(1)(A).

## COUNT 4

The Grand Jury further charges that:

On or about April 11, 2003, in the District of Hawaii,

defendant

ANTHONY VALENTIN

knowingly and intentionally possessed with intent to distribute

in excess of 50 grams, to wit approximately 1 pound, of

methamphetamine, its salts, isomers, and salts of its isomers, a

Schedule II controlled substance.

All in violation of Title 21, United States Code,

Sections 841(a)(1) and (b)(1)(A).

## COUNT 5

The Grand Jury further charges that:

On or about April 1, 2003, in the District of Hawaii,

defendant

FERDINAND PASION, a/k/a "Fred Pasion"

knowingly and intentionally possessed with intent to distribute

in excess of 50 grams, to wit 663.2 grams (approximately 1 and

1/2 pounds) of methamphetamine, its salts, isomers, and salts of

its isomers, a Schedule II controlled substance.

     All in violation of Title 21, United States Code,

Sections 841(a)(1) and (b)(1)(A).

     DATED: _June 10_____, 2003, at Honolulu, Hawaii.

                             A TRUE BILL

                          /s/

                          FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
LOUIS A. BRACCO
Assistant U.S. Attorney

United States v. Jack Frisbee, et al.;
Cr. No. _____;
"Indictment"

7