# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: May 26, 2006

To:  United States Court of Appeals        Attn: ( )   Civil
     For the Ninth Circuit
     Office of the Clerk                         (✓)   Criminal
     95 Seventh Street
     San Francisco, California 94103        ( )   Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:        CR 03-00200HG            Appeal No:   05-10270

Short Title:        U.S.A. vs. VILLA, ET AL.

| | | |
|---|---|---|
| Clerk's Files in | 6 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | 38 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: 2 black folders; 37 sealed documents; 2 sealed transcripts; 5 sealed envelopes.

Acknowledgment: _____  Date: _____

cc: counsel