Box 1 of 3

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT

## CHAMBERS OF JUDGE BETTY FLETCHER

January 22, 2007

District Court/Agency:   USDC, District of Hawaii

Lower Court #            CR 03-00200HG

9th Circuit Appeal #     05-10270

Short title:             U.S. v. VILLA, et al.

**RECEIVED**
CLERK, U.S. DISTRICT COURT
JAN 2 4 2007
DISTRICT OF HAWAII

Items returned:

    Clerk's Files: 6

    Reporter Transcripts: 38

    Sealed: 2 black folders, 37 documents, 2 transcripts, 5 envelopes

    Expando Files

    Lodged Documents

    Other: Certified copy of docket sheet

NOTE: The following items are missing and a search has been placed. All missing items will be returned as soon as possible:

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT

## CHAMBERS OF JUDGE BETTY FLETCHER

January 22, 2007

District Court/Agency:   USDC, District of Hawaii

Lower Court #   CR 03-00200HG

9th Circuit Appeal #   05-10270

Short title:   U.S. v. VILLA, et al.

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 24 2007
DISTRICT OF HAWAII

Items returned:

    Clerk's Files: 6

    Reporter Transcripts: 38

    Sealed: 2 black folders, 37 documents, 2 transcripts, 5 envelopes

    Expando Files

    Lodged Documents

    Other: Certified copy of docket sheet

NOTE: The following items are missing and a search has been placed. All missing items will be returned as soon as possible: