# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: May 26, 2006

| | | | |
|---|---|---|---|
| To: | United States Court of Appeals<br>For the Ninth Circuit<br>Office of the Clerk<br>95 Seventh Street<br>San Francisco, California 94103 | Attn: ( )<br><br>(✓)<br><br>( ) | Civil<br><br>Criminal<br><br>Judge |

From: United States District Court
300 Ala Moana Blvd. Room C-338
Honolulu, Hawaii 96813

DC No:       CR 03-00200HG            Appeal No:    05-10270

Short Title:   U.S.A. vs. VILLA, ET AL.

| | | |
|---|---|---|
| Clerk's Files in | 6 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | 38 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: 2 black folders; 37 sealed documents; 2 sealed transcripts; 5 sealed envelopes.

Acknowledgment: _____   Date: _____

cc: counsel

# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: May 26, 2006

| | | | |
|---|---|---|---|
| To: | United States Court of Appeals<br>For the Ninth Circuit<br>Office of the Clerk<br>95 Seventh Street<br>San Francisco, California 94103 | Attn: ( )<br><br>(✓)<br><br>( ) | Civil<br><br>Criminal<br><br>Judge |

From: United States District Court
300 Ala Moana Blvd. Room C-338
Honolulu, Hawaii 96813

DC No:        CR 03-00200HG            Appeal No:   05-10270
Short Title:  U.S.A. vs. VILLA, ET AL.

| | | |
|---|---|---|
| Clerk's Files in | 6 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | 38 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: 2 black folders; 37 sealed documents; 2 sealed transcripts; 5 sealed envelopes.

Acknowledgment: _____    Date: _____

cc: counsel